# ELECTRONIC RECORD

1548-14
1549-14

COA # 14-14-00060-CR

STYLE: Hugh Audrie Carter, III v The State of Texas

COA DISPOSITION: Affirmed

DATE: October 21, 2014   Publish: No

OFFENSE: Aggravated Robbery

COUNTY: Harris

TRIAL COURT: 338th District Court

TC CASE #:1366763

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Hugh Audrie Carter, III v The State of Texas

CCA # _____

___PRO SE___   Petition
FOR DISCRETIONARY REVIEW IN CCA IS:

___REFUSED___

DATE: ___01/14/2015___

JUDGE: ___Per Curiam___

CCA Disposition: **1548-14;1549-14**

DATE: _____

JUDGE: _____

SIGNED: _____   PC: _____

PUBLISH: _____   DNP: _____

----------------------------

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____

## ELECTRONIC RECORD